IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>DEBRA HAALAND, et al. )<br>  )<br>    Defendants. ) | Civil Action No. 1:20-cv-01810-RDM |

**JOINT STATUS REPORT**

In accordance with the Court's Minute Order of July 11, 2022, Plaintiff Continental Resources, Inc. ("**Continental**") and Defendants Debra Haaland, as Secretary of the United States Department of the Interior (the "**Secretary**") (substituted for David Bernhardt under Fed. R. Civ. P. 25(d)), the United States Department of the Interior (the "**Department**"), and Kimbra Davis, as Director of the Office of Natural Resources Revenue (as Director of "**ONRR**") (collectively, "**Defendants**") (Continental and Defendants, as the "**Parties**") hereby jointly submit the following status report.

Counsel for the Parties have conferred and agree:

1.  The parties continue to exchange information regarding the resolution of this case and need additional time to come to an agreement.

2.  In consideration of the continued discussions, the parties propose the court continue to stay briefing and set another status report to be due to the court on or before November 18, 2022.

DATED: September 16, 2022.

| | |
|---|---|
| Baker & Hostetler LLP<br><br>*/s/ L. Poe Leggette*<br>L. Poe Leggette (D.C. Bar No. 430136)<br>pleggette@bakerlaw.com<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202-2662<br>Telephone: 303.861.0600<br>Facsimile: 303.861.7805<br><br>*Attorneys for Plaintiff Continental Resources, Inc.* | Todd Kim<br>Assistant Attorney General<br>Environmental and Natural Resources Division<br><br>*/s/ Joseph H. Kim*<br>*(Signed by Filing Attorney with permission of Defendants' Attorney) /s/ L. Poe Leggette*<br>JOSEPH H. KIM<br>Trial Attorney<br>Natural Resources Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Benjamin Franklin Station, P.O. Box 7611<br>Washington, DC 20044<br>Telephone: 202.305.0207        202.305.0207<br>joseph.kim@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

4869-3731-3331.1

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States District Court for the District of Columbia, using the CM/ECF System, which will send notice of such filing to the registered CM/ECF users listed below:

    Joseph H. Kim
    joseph.kim@usdoj.gov
    Trial Attorney
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 7611
    Washington, DC 20044

                                        */s/ L. Poe Leggette*
                                        L. Poe Leggette