IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01810-RDM |
| ) | |
| DEBRA HAALAND, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

In accordance with the Court's April 8, 2023, Minute Order, Plaintiff Continental Resources, Inc. ("Continental") and Federal Defendants the United States Department of the Interior and certain officials sued in their official capacity (collectively, "Defendants") (Continental and Defendants, as the "Parties") hereby jointly submit the following status report.

The Parties continue to exchange information regarding the possible resolution of this case, but continue to need additional time to come to an agreement. The Parties have been in contact with the assigned mediator and have tentatively scheduled the next mediation session for August 2, 2023.

In consideration of these continued discussions, the Parties propose the Court continue to stay briefing and set another status report to be due to the Court sometime after the next mediation session. The Parties suggest **September 8, 2023** for this next joint status report.

DATED: June 27, 2023.

| | |
|---|---|
| **Baker & Hostetler LLP** | **Environment and Natural Resources Division**<br>**U.S. Department of Justice** |
| */s/ L. Poe Leggette*<br>L. Poe Leggette (D.C. Bar No. 430136)<br>pleggette@bakerlaw.com<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Telephone: 713.751.1600<br>Facsimile: 713.751.1717 | */s/ Joseph H. Kim (w/permission)*<br>Joseph H. Kim<br>Trial Attorney<br>joseph.kim@usdoj.gov<br>Todd Kim<br>Assistant Attorney General<br>Benjamin Franklin Station, P.O. Box 7611<br>Washington, DC 20044<br>Telephone: 202.305.0207 |
| *Attorneys for Plaintiff Continental Resources, Inc.* | *Attorneys for Federal Defendants* |